# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DEMARCO BUTLER, X0345411,     Plaintiff, | : : : : | PRISONER CIVIL RIGHTS 42 U.S.C. § 1983 |
| v. | : : : | CIVIL ACTION NO. 1:17-CV-1508-WSD-CMS |
| UNKNOWN DEFENDANT,     Defendant. | : : | |

## FINAL REPORT AND RECOMMENDATION

Because DeKalb County Jail detainee Demarco Butler has not responded to my Order dated June 21, 2017, *see* [2], directing him to complete and submit copies of this Court's § 1983 complaint and *in forma pauperis* affidavit forms if he wished to pursue this case further, I **RECOMMEND** that this case be **DISMISSED WITHOUT PREJUDICE**, *see* LR 41.3A(2), NDGa.

I **DIRECT** the Clerk to terminate the referral of this case to me.

**SO RECOMMENDED AND DIRECTED**, this 25th day of July, 2017.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE